**United States District Court**
Eastern District of North Carolina
Western Division

Case No. $5:20-ct-3355$

(To be filled out by Clerk's Office only)

**FILED**

**NOV 3 0 2020**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

ANTONIO M. ROSS

Inmate Number #71157-019

_(In the space above enter the full name(s) of the plaintiff(s).)_

**COMPLAINT**

-against-

_(Pro Se Prisoner)_

Jury Demand?

☒ Yes

☐ No

Complex Warden Thomas J. Scarantino
Butner Med-1 Warden B. Sullivan,
Asst HSA C. Daniels And Medical
Director Dr. Lawrence Sichel

_(In the space above enter the full name(s) of the defendant(s). If you cannot
fit the names of all of the defendants in the space provided, please write
"see attached" in the space above and attach an additional sheet of paper
with the full list of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include addresses here.)_

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should _not_
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include _only_: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

---

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒    42 U.S.C. § 1983 (state, county, or municipal defendants)

☒    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Antonio M. Ross
Name

#71157-019
Prisoner ID #

Butner Med-1
Place of Detention

P O Box 1000
Institutional Address

Butner      North Carolina      27509
City      State      Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee     ☐ State     ☐ Federal

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

Case 5:20-ct-03355-BO     Document 1     Filed 11/30/20     Page 2 of 21

All Defendants Are Charge in their Individual And official Capacity.

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Mr. Thomas J. Scarantino**
Name

**Complex — Warden**
Current Job Title

**P O Box 1600**
Current Work Address

**Butner**          **N C**          **27509**
City                State          Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both

Defendant 2: **Ms. B Sullivan**
Name

**F C I Butner Med-1 Warden**
Current Job Title

**P O Box 1000**
Current Work Address

**Butner**          **N C**          **27509**
City                State          Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both

All Defendants Are Charge in their Individual And official Capacity.

All, Defendants Are Charge in Their Individual And Official Capacity.

**Defendant(s) Continued**

Defendant 3: Ms. C Daniels
Name

Assistant Health Service Admisistrator
Current Job Title

P O Box 1000
Current Work Address

Butner NC 27509
City State Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both

Defendant 4: Dr. Lawrence Sichel
Name

Medical Director
Current Job Title

P O Box 1000
Current Work Address

Butner NC 27509
City State Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both

All Defendants Are Charge in Their Individual And Official Capacity.

All Defendants are Charge in the individual
And Official Capacity.

Defendant(s) information

Defendant 5: Charles Cooperberg
Name

Medical Doctor (Nephrogist)
Current Job Title

P O Box 1600
Current Work Address

Butner               NC                    27509
City                 State                 Zip Code
Capacity in which being Sued ☒individual ☒Official ☒Both

Defendant 6: M. Van Sickle,
Name

ANP-BC               (P.A.)
Current Job Title

P O Box 1000
Current Work Address

Butner               NC                    27509
City                 State                 Zip Code
Capacity in which being Sued ☒individual ☒Official ☒Both

All Defendants are Charge in the individual

All Defendants are Charge in the Individual And Official Capacity.

Defendant(s) Information

Defendant 7: S. Ted Shalkewitz
Name

Medical Doctor     (Nephrogist)
Current Job Title

P O Box 1600
Current Work Address

Butner          NC            27509
City            State         Zip Code
Capacity in which being Sued ☒ individual ☒ official ☒ Both

Defendant 8: Federal Bureau of Prisons
Name

B O P Central Office
Current Job Title

320 First Street, NW
Current Work Address

Washington    DC        20534
City          State     Zip Code
Capacity in which being Sued ☒ individual ☒ official ☒ Both

All Defendants are Charge in the Individual

All Defendants are Charge in the individual
And Official Capacity.

Defendant(s) information

Defendant 9: (Duke)
Adam David, Devore        (919-681-7141)
    NAME

2301 Erwin Rd
    Current Work Address

M.D. (Cardiovascular Disease) (Cardiology)
    Current Job Title
    Capacity in which being sued: ☒ individual ☒ official ☒ Both
Durham            NC                27705
    City              State              Zip Code

Defendant 10: (Duke)
Richa Agarwal        (919-681-7141)
    NAME

M.D. (Heart Transplant Clinic)
    Current Job Title

2301 Erwin Rd
    Current Work address

Durham            NC                27705
    City              State              Zip Code
    Capacity in which being sued: ☒ individual ☒ official ☒ Both

All Defendants are Charge in the individual
And official

All Defendants are Charge in the individual
And Official Capacity.

Defendant(s) information

Defendant (11) U.S. Department of Justice
                NAME

            BOP Central Office
Current Job Title

        320 First Street, NW
Current Work Address

        Washington        DC            20534
City                State                Zip Code

All Defendants are Charge in the individual

    And Official Capacity.

## V.   STATEMENT OF CLAIM

Place(s) of occurrence: __FCI Butner Med-1__

Date(s) of occurrence: __Ongoing Violation to present day__

State which of your federal constitutional or federal statutory rights have been violated:

__Eighth And Fourteenth Amendment Civil rights Violations__

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Butner Complex Warden-Thomas J. Scarantino
And FCI Butner Med-1 Warden-B Sullivan,
Assistant Health Service Administrator-Ms.
C Daniels And Medical Director Dr. Lawrence
Sichel Denied, Interfered With And/or Delay
Antonio M. Ross #71157-019 timely And Adequate
Medical Care From 10/18 to 10/20. Injurys
did Occur. Stage 3 Chronic Kidney Failure(Severe),
Also Suffering From Vascular Damage + Vascular
Disease, These Medical Issue's has Progressed

to Stage 4/5, Chronic Kidney disease (Severe)

( See Attachments )
Exhibit's- O.
A.
B.
C.
D.

Who did what to you?

Case 5:20-ct-03355-BO    Document 1    Filed 11/30/20    Page 9 of 21

# Attachments Exhibit-O

Thomas J. Scarantino, Ms B. Sullivan, Ms C. Daniels And Dr. Lawrence Sichel Denied, Interfered With and/or Delay Antonio M. Ross timely and adequate Medical Care From 10/18 to 10/20. Injurys did Occur. Stage 3 Chronic Kidney Failure (Severe). Also Suffering from Vascular Damage + Vascular Disease, These Medical Issue's has Progressed to Stage 4/5 Chronic Kidney disease (Severe)

## BacKround

On 10-27-17, I was taken into Custody by the United States Marshal's Services. I was Arrested in Atlanta, GA and taken to the Atlanta County Jail, Where (I was House For About 3 days.) I was House For About 3 days. I was then Transfer to Love Joy Federal holding Facility in georgia Where I remain for About 14 days. I was then Transfer to the Oklahoma Transit Center for About 14 days. And then I was Transfer to a federal Facitity in Mason, TN. Where I Remain for About 7 days. And then I was Transfer to Madison County Jail in Missisipi, Where I was housed for About 30 days. And then I was Transfer to Stone County Jail in Mississippi. Where I remain for About 240 days until entering Mr. Ross into the Federal Bureau of Prisons.

In 10-27-17 I was taken into Custody by Chief
Deputy U.S. Marshal's Service Shermaine Sullivan
In 10/17. U.S. Marshal's Service transfer And housed
Me At Stone County Jail in the State of Mississippi.
While housed in the State of Mississippi for 240 days
Mr. Ross was denied Timely and adequate Medical
Care. Specifically I Went from My Medical Records
(2-29-16) To (10-31-18) indicating No Kidney Failure

To Stage 3 Kidney Failure.

See: (Emory Trasplant hospital Records)(FCI Butner Medical Records)


While Antonio M. Ross #71157-019 was housed in the
State of Mississipp, Stone County denied Antonio m. Ross
#71157-019 timely and adequate Medical Care.

Upon entering each of the above stated Facility's Medical intake Procedure's was Conducted. Medical intake Procedure's At Atlanta County Jail, Love Joy Federal holding Facility, Oklahoma Transit Center, Mason Dentention Center And Madison County Jail, All Concluded that.. (1) Mr. Ross #71157-019 was A Heart transplant Recipient with Tacrolimus is Know to be Associate with Kidney disease. (2) Mr. Ross #71157-019 needs Access to A Heart Specialist and Biopsy's Conducted Periodicly for the Purpose off Inpecting inter body Organs to ensure the Safety and effectivess of the Tacrolimus Medication. Mr. Ross #71157-019 needs "extensive Medical Care".

Upon My Arriveable at FCI Butner-1, My Medical Records From the Above stated Facility's arrived With Me and/or arrived Shorty after I arrived at FCI Butner-1

FCI Butner-1 Conducted its owe Medical intake to process and Concluded that, While housed for about 270 days in the State of Mississippi, The Doctor And Head Nurse Cooper denied Mr. Ross #71157-019 Timely and adequate Medical Care by deny Mr. Ross #71157-019.

(2)

That denial of timely and adequate Medical care caused Antonio M. Ross #71157-019 to go From.. NO Chronic Kidney disease. See Emory Trasplant hospital Medical Records, Stating..

To Stage 3 Chronic Kidney disease. See.. FC l Butner med-1, Medical Records. Date.. Sept 4, 14, Stating..(3-4 CKD)

Mr. Ross #71157-019 was sentence to Federal Bureau of Prison (7-27-18) was Transfer from the state of Mississippi on/or about (8-1-18) into the Custody of the BOP.

Mr. Ross #71157-019 was Transfer to and housed at the Federal Transit Center in Oklahoma on (8-10-18) See.. Oklahoma Transit Center Paper

Mr. Ross #71157-019 was Experienceing Stag 3 Chronic Kidney disease when he Entered the Facilitys on (8-10-18).

The Federal Transit Center in Oklahoma on (8-10-18) was aware of Chronic Kidney disease, Stage 3 (Severe)

(11)

Mr. Ross #71157-019, Medically Necessary need to See a heart Transplant Specialist. And off Mr. Ross imminent Danger of Chronic Kidney disease due to the Tacrolimus Medication. See.. FTC Medication Records Dated.. 11-26-17, Stating.. (Prescriptions, Tacrolimus 10mg-Morning And 10 mg-night)

I aarive at FCI Butner-1 on August 22, 2018 Between 8-22-18 thur 10-31-18 FCI Butner-1 Medical Department examined me and took Lab test and Concluded that, I had stage 3 Kidney failure due to "Tacrolimus Toxification" on 10-31-18 FCI Butner-1 And Duke Medical Took the one step of "Adjusting And Lowering the dose" of the Tacrolimus to Prevent futher Kidney Damage and Failure. This one step Prove's Inadequate. See.. Medical Records Dated.. 10-12-18 Stating, Chronic Kidney disease Stage 4/5 (Severe)

On 2-20-20

I was taken to Duke Vascular for a pre-operation evaluation to insert A device into My arm for dialysis. I was informed at the clinic that (Severe) damage to the Veins in my right arm and that I would need a graft in my arm to insert the device into My arm to the damage.

I have Suffered Severe Vascular damage to the Veins that now are irreversible to the Deliberate indifference by the Federal Bureau of Prison.

The Clinic told Me My Provider DR. Lawerence Sichel that the BOP + DR. Lawerence hadn't (tell/Told) Told (Clinic) hadn't send no Paperwork About Mr. Antonio M Ross #71157-019 having No Vascular damage or No Vascular or Valvular disease you can See.. Duke Medical Records See.. (Cardiovascular Disease) Provider - Richa Agarwal MD

Then I Came back to Butner Med-1, And Fill out a B.P.8 At 2-24-20 at 8:30 am. Submitted Through Counselor Denson, Who Retired Late Febuary 2020. I have the Poof. (6)

## Injury's did Occur

Stage 3 Chronic Kidney Disease Progressed to Stage 4/5 Chronic Kidney Disease. And.. the delay of dialysis Cause Swelling of feet And legs, Bloating of Body. Shortest of Breath. Body weakest, Cramps and Fatigue And dizzieness. And.. Assocated Injuys.. Falls Slips, Twised Ankles, Misjuding Distance Brusing Cuts and Depressing Anxity.

Also Vascular Damage and Damage to the bad blood Vessels. And Cardiovascular Disease. And Valvular Heart Disease.

Mr. Thomas J. Scarantino was Notify 3-16-20 And 3-18-20 About Mr. Antonio M. Ross #71157-019 Serious health Issues. Mr. Ross was placed under the Federal Bureau of Prisons At FCC Butner complex, Butner N.C. 27509. Butner-1, Butner Med-1 Where the Violations Continued to this DAY.

intake(8-22-18) thur Ongoing. And are Liable under

The "Ongoing Violation Act"

(7)

# Exhibit A

**What happened to you?**

I WAS NOT given proper Medical Care or testing that I Should have recieved and as a result I am in stage 4/5 - Kidney Failure. Also Mr. ROSS #71157019 has bad blood vessels. He WAS referred to Vascular Surgery to evaluate Veins. And if the Veins are big enough, then place a dialysis Fistula. I am also a Heart transplant recipient and the Cumlative effect of My Issues will Subject Me to a Very Short terminal life expectancy. DR. Lawrence Sichel had full Knowledge of My health Status when I Arrive At FCI Butner-1. DR. Lawrence Sichel And Federal Bureau of Prisons WAS extremely Responsible for Mr. Ross #71157019 Medical CARe, While his intake At Butner med-1.

**When did it happen to you?**

And they both didn't provide it, And violated My rights under the eighth and fourteeth Amendments. They Both are United State's Government employees.

I WAS taken into Custody Pre-trial in October of 2017 Under the Custody of Chief Deputy U.S. MArshal Shermaine Sullivan. Then I WAS Transfer into the Custody of the (BOP) 8-10-18. See Exhibit (Prisoner in Transit Medical Summary) This is when the Violations Commenced. The Violations are ongoing to the Present DAy.

**Where did it happen to you?**

I WAS placed under A United States Marshal's hold at the Stone County Jail in Mississippi, Where the Violations Started and they have Continued on after my placement "Post Conviction" at FCI Butner Med-1 Butner North Carolina, Under the Medical Care of DR. Lawrence Sichel (All 3 employees are under the united states Government)

Exhibit A  9 page's

| What was your injury? |

Due to the Negligence, Malpractice, And Deliberate INdiffrence by the Government employees. I have Suffer irreprible Kidney/Damage and I am in Stage 4/5 Kidney failure and the Bop from the Regional Director, Records reveals that Mr. Ross #1157-09 have evidence of Subacute to Chronic Venous thrombosis with the brachiel Vein in my right arm. I have proof that, I said Something to Dr. Lawerence Sichel And the Nephrologist that was (Down-played) by Government. I told Both of them My Right Arm had A Burning feeling around the time. I put it the Bp8 on 2-24-20 Around 8:30 am. From Counselor Denson. And I am in need of a Kidney Transplant. I am A heart transplant Recipent, And I am going on dialysis, I am Very Sick and Most likely will die do to their "Negligence" to see to it that I Recieved the Necessary testing and Supervision that was set in place to prevent these's Misake's From happening. They had prior Knowledge of my Condition And what my medical testing plan Detailed to Prevent this From happening to Me, Kidney failure/Vascular Damage. And Vascular Diease. However they Ignored it And were "Negligent" And were "Deliberately Indiffrent" to My Serious Medical Needs.

Case 5:20-ct-03355-BO    Document 1    Filed 11/30/20    Page 18 of 21

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?     ☒ Yes     ☐ No

If no, explain why not:

Administrative Tort Claim NO. TRT-MXR-2020-06364

Remedy ID NO: 1003876-U.S. Marshal's Services
Remedy ID NO: 1012005-Veins, Vascular Damge
Remedy ID NO: 1003880-Compassionate Release

Is the grievance process completed?     ☒ Yes     ☐ No

If no, explain why not:

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I Am Seeking 1.5 Million dollars in Compensation for My 4 Children. I am requesting a Kidney Transplant.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☐ Yes  ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Case 5:20-ct-03355-BO    Document 1    Filed 11/30/20    Page 20 of 21

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

| 11-23-20 | Antonio M. Ross |
|---|---|
| Dated | Plaintiff's Signature |

Antonio M Ross
Printed Name

\# 71157-019     Butner Med-1
Prison Identification #

| P. O. Box 1000 | Butner | NC | 27509 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |