# United States District Court
### Eastern District of North Carolina
### Western Division

## Case No. **5:20-CT-3355-BO**

FILED

JUL 2 0 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____
_____ DEP CLK

Antonio M. Ross
_____

Inmate Number 71157-019

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Director—Dr. Lawrence Sichel

MLP—M. Van Sickle

Federal Bureau of Prisons

United States of America

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

1 or 12

## I.  COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒   42 U.S.C. § 1983 (state, county, or municipal defendants)

☒   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒   Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b)).

## II.  PLAINTIFF INFORMATION

Antonio M. Ross
Name

# 71157-019
Prisoner ID #

FCI Butner Med-1
Place of Detention

P O BOX 1000
Institutional Address

Butner                     North Carolina                     27509
City                              State                              Zip Code

## III.  PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐   Pretrial detainee   ☐ State   ☐ Federal

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☒   Convicted and sentenced federal prisoner

2 of 12

All Defendants Are Charge in their Individual And
Official Capacity.

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:      Lawrence Sichel
Name

Clinical Medical Director    Butner Med-1
Current Job Title

FCC Butner Old Highway 75 FCI Butner-1
Current Work Address

Butner      N C      27509
City      State      Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both

Defendant 2:   M. Van Sickle
Name

Mid-Level Practional    Butner Med-1
Current Job Title

FCC Butner Old Highway 75 FCI Butner-1
Current Work Address

Butner      N C      27509
City      State      Zip Code

Capacity in which being sued: ☒ Individual ☒ Official ☒ Both

All Defendants Are Charge in their Individual And
Official Capacity.

3 of 12

All Defendants ARe Charge in their Individual And

**Defendant(s) Continued** OFFicial Capacity.

Defendant 3: Federal Bureau of Prisons
Name

Director-From MAY-2018-August

B O P Central Office   MArk S. Inch
Current Job Title

320 1st Street NW
Current Work Address

WAshington      D C      20534
City                State        Zip Code

Capacity in which being sued: ☑ Individual ☑ Official ☑ Both

Defendant 4: United States of America
Name

Current Job Title

Current Work Address

City                State        Zip Code

Capacity in which being sued: ☑ Individual ☑ Official ☑ Both

All Defendants ARe Charge in their Individual And
OFFicial Capacity.

## V. STATEMENT OF CLAIM

Place(s) of occurrence: FCC - FCI Butner Med-1

Date(s) of occurrence: 8-22-18 TO 8-21-21

State which of your federal constitutional or federal statutory rights have been violated:

Eighth Amendment Civil Rights Violations

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Butner Clinical Medical Director, Dr. Lawrence Sichel And Butner med-1 Mid-Level Practional, M. Van Sickle And Federal Bureau of Prisons, And the United States of America Denied,

**Who did what to you?**

Interfered With And/or Delayed Antonio m Ross #71157-01⁵ Timely And Adequate Medical Care From August 22, 2018 To August 21, 2021, Injurys did Occur.

INJURY did OCCUR.. Stage 4 Kidney Disease And Vascular Damage.

## BACKround

On 10-27-17 I was taken into Custody by the United States Marshal's Services, And Remaine in the Custody of the United States Marshal's Services And under the medical Care of the United States Continuous from 10/2017 To 8/2021 Entering The

Federal Bureau of Prisons. FCC Butner, FCI Butner
med-1 8-22-18.

Upon My Arriveable at FCI Butner med-1, Prison
Officals and Employee's Conducted their owe Medical
Intake Process and Concluded that.. (1) MR. Ross was,
And is a Heart Transplant Recipient with Tacrolimus
Prescribe as his Medication. Know to be associated
With Kidney Disease. (2) MR. Ross #71157-019 need Access
to a Heart specialist and Biopsy's Conducted
Periodicly for the Purpose of Inpecting inter body
Organs to ensure the safety, and effectivess of
the Tacrolimus Medication. (3) MR. Ross has a high
Level of Chloride and Creatinine And needs Extensive
Medical Care.

See Clinical Encounter, Exhibit-1, Dated: 8-27-2018,
Stating: (seen with MLP during History and Physical
exam. Reports he Missed his last endocardium
Biopsy Secondary to Arrest so has been greater
then 1 year since Biopsy. Will Request Records
From Previous Transplant Center.); Also see:
Exhibit-2, Clinical Encounter, Dated: 8-28-2018, Stating:
(Results From Emory Healtcare Reviewed. Last
Catheterization with Biopsy Recommended... Lab Test-
-T. Tacrolimus.)



Also See... Exhibit-3, FMC-Chemistry Results, Dated: 9-4-2018, Stating: (... Creatinine 4.19-GFR UNits Measured as ML/Min/1.73 m^2. IF African American, Multiply by 1.210. A Calculated GFR<60 Suggests a Chronic Kidney disease iF Found Over A 3 Month Period... Chloride H!= High Critical Result Verified And Called to DR. Sichel by BO. Results Read back on 9-4-18 At 1:00 PM).

Larwence Sichel And M. Van Sickle ARE employee bY Federal Bureau of Prisons And ARE Agent's oF the UNited States, Violated ANToNio M. Ross Eighth Amendment Constitution Rights by And thur...

(1) Discriminated= Discrimiation AgAist MR. Ross beccause oF his three (3) Serious And Overlapping medicA l conditions.

(2) Cruel And unusal Punishment= Subject MR. Ross to Cruel And Unusal Punishment due to Federal Bruea of Prisons Inconsistent medical Care and their Failure to Provide ANtoNio Ross the medical And Personal assistance that he needs as a heart Transplant Recipant, Prescribe Tacrolimus Medication With An Aggravating medical Condition of Hypertension.

(3). Deliberate Indiffrence = Larwence Sichel's And M. Van Sickle's Failure to timely Schedule Medical Appointment And their Failure to management And/or Assist

MR. Ross with the management of his Chloride Levels (Hypertension) And Creatinine Levels And Persevere Kidney function And In Conjuction with Evidences that the Defendants was aware that A delay in medical treatment would diminishment Kidney function and damage Blood Vessels.

(4) Medical MALPractice = Subjecting MR. Ross to Medical MALPractice due to the United States delay of Medical Treatment and Care. (FTA);

The above Stated Actions of Lawrence Sichel And M. Van Sickle deny ANTONIO M. Ross Adequate Medical Care from August, 2018 To August, 2021. Injury's did Occur. Injury's.. Chronic Kidney disease Stage 4 (Severe) And Vascular Damage. See.. Exhibit-4, Duke Heart Center Cardiac Transplant Clinic Note, Date 10-30, 2018, RICHA AGARWAL, MD, Stating.. (... Hypertension: Patient's BP is Not Acceptable, And he Reports dyspnea with exertion likely from Uncontrolled HTN and Worsened diastology of the graft. His Poor HTN Control is also Related to advancing Kidney disease....) Also See.. Exhibit-5, Federal Bureau of Prisons, Consultation Report, Dated 11-20-2019, S. Theodore Shaikewitz MD, Stating.. (... We are asked to follow up on MR. Ross. He is a 50-Year-old gentleman who had a Heart Transplant in 2010 And has advanced Kidney disease.

# ASSESSMENT AND PLAN

He had a Creatinine of 1.7 in 2016. 2.3 in 2017. It Rose to 4.2 in 9-2018 And has been in the high 3⁵ ever Since... Health Problems..

(1) Heart Transplant, (2) Hypertension...(5) Chronic Kidney disease stage 4 (Severe). He has about 20% Function. We discussed dialysis access. And he is Willing to Consider it, Althought he has bad blood Vessels. I would Suggest Referred to Vascular Surgery to evaluate Veins. And if the Veins are big enough, then Place A dialysis Fistula.)

Defendants From August 8, 2019, To August, 2021 Continue to deny MR. Ross Access to Duke Heart Center Cardiac Transplant Clinic. Defendants From Nov 20, 2019, to August-2021, Continue to deny Access to Federal Bureau of Prisons, Federal Medical Center Butner, As it's Relate's to Chronic Kidney disease. And.. Defendants From Feb 20, 2020, To August, 2021, Continue to deny MR. Ross Access to Duke Vascular Clinic. See.. Exhibit-6, Federal Bureau of Prisons, FCI Butner Med-1, Clinical Encounter, Dated.. Feb 20, 2020, Stating.. (Medical Trip Return encounter Performed At Health Services.... Assessment, Inmate was Seen For Pre op Counselling For Fistula Placement. He is Pending dialysis initiation.)

Case 5:20-ct-03355-BO    Document 12    Filed 07/20/21    Page 9 of 12

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No

If no, explain why not:

Administrative Tort Claim NO: TRT-MXR-2020-01967 (5 page

Administrative Tort Claim NO: TRT-MXR-2020-06364 (5 page

Remedy ID NO: 1003876-F1, R1, A1 and Part B Responds (9 page

Remedy ID NO: 1012005-F1, R1; A1 And Part B Responds (10 page

Is the grievance process completed?  ☒ Yes  ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I AM Seeking 6.5 Million Dollars in Compensation For MY 4 Children.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?          ☐ Yes   ☒ No

        If yes, how many?    _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX.     PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

7-19-21
Dated

Antonio m. Ross
Plaintiff's Signature

ANTONIO M. ROSS
Printed Name

# 71157-019                FCC - ButNeR Med-1
Prison Identification #

P O BOX 1000          ButNeR      N C      27509
Prison Address              City                        State      Zip Code

12 oF 12